**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50361 |
| Plaintiff - Appellee, | D.C. No. 8:13-cr-00096-AG |
| v. | |
| GARY STEPHEN HADLAND, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Submitted June 22, 2015**

Before:    HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

Gary Stephen Hadland appeals from the district court's judgment and

challenges his guilty-plea conviction and 48-month sentence for possession of

child pornography, in violation of 18 U.S.C. § 2252A(a)(5) and (b)(2).  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Hadland's counsel has filed a brief

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hadland the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Hadland waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. Hadland also waived the right to appeal six specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the voluntariness of Hadland's plea or any sentencing issue outside the scope of the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**